## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kaitlyn Rose Blackburn**; DOB: 2004; United States<br>**Gavin James Becker**; DOB: 2004; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. 26-01825MJ |

| Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 1, 2026, in the District of Arizona, **Kaitlyn Rose Blackburn** and **Gavin James Becker**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Eris Duleniku and Berisha Ilirjan, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 1, 2026, in the District of Arizona (Lukeville), Border Patrol Agents (BPAs) were assigned to highway operations on State Route (SR) 85 near Lukeville, Arizona. Lukeville is located approximately 150 miles south of Phoenix, Arizona, and is a well-known alien smuggling corridor. Illegal aliens often cross the border and walk to certain mile markers or landmarks in the Organ Pipe Cactus National Monument to be picked up by vehicles. At approximately 12:23 p.m., BPAs observed a white 2024 Chevrolet Malibu bearing Arizona license plate ATITUDE travelling west on South Puerto Blanco. Record checks on the Malibu returned out of Phoenix, Arizona. The Malibu was observed earlier in the week driving around the Visitor's Center and Gastrack gas station. This driving tactic is commonly observed during smuggling events. At approximately 1:30 p.m., the Malibu was observed entering the Quitobaquito Spring trailhead parking lot. At approximately 2:18 p.m., the Malibu exited the trailhead and travelled east on South Puerto Blanco towards SR 85. National Park Service Rangers (NPS) advised BPAs that they were going to initiate a vehicle stop on the Malibu once it reached SR 85, due to a windshield obstruction. At approximately 3:02 p.m., the Malibu turned north on SR 85. NPS initiated a vehicle stop and the Malibu yielded near mile marker 75 on SR 85. BPAs arrived on scene and noticed a driver, identified as **Kaitlyn Rose Blackburn**, and a passenger, identified as **Gavin James Becker**, in the vehicle. The rear seat of the Malibu only contained a small cooler, and BPAs noticed that the rear of the vehicle appeared heavily laden. NPS asked **Blackburn** if they could search the trunk of the vehicle, but **Becker** interrupted and declined. A BPA K9 arrived on the scene and conducted a free air sniff of the Malibu. The K9 alerted to the rear of the Malibu. BPAs opened the trunk of the Malibu and discovered two individuals concealed within. The two individuals were sweating profusely and began to remove their clothing. An immigration inspection was performed on the two individuals, identified as Eris Duleniku and Berisha Ilirjan, and BPAs determined them to be citizens of Kosovo illegally present in the United States. Record checks revealed that Eris Duleniku and Berisha Ilirjan do not possess the proper documentation to enter, pass through, or remain in the United States legally. **Blackburn** and **Becker** were determined to be United States citizens.

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Eris Duleniku and Berisha Ilirjan | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>May 4, 2026 |

[1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**                                                                      26-01825MJ

Material witness Eris Duleniku stated that he is a citizen of Kosovo and that he paid a total of $12,500 to be smuggled into the United States.   He also paid 5,000 Euros for a fraudulent passport.   A guide was waiting for him at the border, and he crossed through a breach in the fence.   He waited in the area for approximately one minute until a white four-door sedan with two occupants arrived.   The passenger of the vehicle signaled for him to enter the trunk and showed him how to use the emergency release.   Duleniku remained in the trunk for approximately one hour and he was sweating and felt nervous.   He intended to pay the driver via wire transfer once he reached his destination.   Duleniku was supposed to be taken to Phoenix, Arizona.   While in Mexico, he was instructed by an unknown male to discard his passport.   Duleniku threw his passport and his phone into a trash can at a motel in Mexico.

Material witness Berisha Ilirjan stated that he is a citizen of Kosovo and that he expected to pay approximately $10,000 to be smuggled into the United States.   He crossed the border through a breach in the fence and waited approximately 10 minutes until a white vehicle approached.   The vehicle was driven by a female and had a male passenger.   Ilirjan was placed in the trunk of the vehicle and was not shown how to operate the emergency trunk latch.   It was extremely hot in the trunk, and he had to figure out how to lower the back seat to get fresh air.   Ilirjan was instructed to remain quiet and not make any movements during transport.   While in Mexico, his passport was taken away from him.